In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-02-00138-CR


______________________________




THE STATE OF TEXAS, Appellant



V.



KARRINGTON PATRICK PHIFER, Appellee




 


On Appeal from the 6th Judicial District Court


Lamar County, Texas


Trial Court No. 18980




 




Before Morriss, C.J., Ross and Carter, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION



 The State of Texas has appealed from an order of the trial court which granted a plea of
double jeopardy, dismissed the pending indictment for evading arrest in a motor vehicle, and
terminated prosecution in the cause. 

 The State and the appellee, Karrington Patrick Phifer have filed an agreed motion, signed by
counsel and by Phifer, in which they ask this Court to enter a judgment in favor of the State, to
reinstate the charge of evading arrest in a motor vehicle, and to remand for further proceedings in
accordance with an agreement between the parties.

 The motion is granted. We reverse the judgment of the trial court, direct that the charge of
evading arrest in a motor vehicle be reinstated, and remand the cause for further proceedings in
accordance with the agreement between the parties.


 Josh R. Morriss, III

 Chief Justice


Date Submitted: May 15, 2003

Date Decided: May 16, 2003


Do Not Publish



ed a motion seeking to
dismiss his appeal. Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, his motion is
granted. See Tex. R. App. P. 42.1.

 We dismiss the appeal.


 Jack Carter

 Justice


Date Submitted: February 4, 2009

Date Decided: February 5, 2009